**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                        Case No. 16-15714-JPC

      GARY L HOSKINS

                                        Chapter 13

          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

For the period from the petition date through November 26, 2020, M. O. Marshall, successor chapter 13 trustee, for the above-captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,675.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,675.00** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $218.82 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $441.81 |
| **Total Disbursements & Expense of Administration:** | **$4,660.63** |

| **Balance Transferred to Successor Trustee** | **$14.37** |
|---|---:|

Dated:  12/19/2020                                        /s/ M. O. Marshall

                                          Chapter 13 Successor Trustee
                                          55 East Monroe St., Suite 3850
                                          Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              Case No. 16-15714-JPC

     GARY L HOSKINS

                                              Chapter 13

          Debtor(s)

---

### CERTIFICATE OF SERVICE

I hereby certify that on 12/19/2020, a copy of the foregoing Chapter 13 Trustee FRBP 2012 Report was served on the following registered ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Patrick S. Layng, United States Trustee
M. O. Marshall
DAVID M SIEGEL

and on the following by ordinary U.S. Mail addressed to:

GARY L HOSKINS
1346 N KILDARE #2S
CHICAGO, IL  60651


                                     /s/ M. O. Marshall
                                     M. O. Marshall
                                     Chapter 13 Standing Trustee